Judgment affirmed, with costs to the defendant. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

JOHN T. DWANE, Respondent, v. BERLIN & JONES COMPANY, INC., Appellant, Impleaded, etc.*— Judgment so far as appealed from affirmed, with costs. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.; McAvoy, J., dissents on the ground that it appears from the books that during the period this contract was running the Federal income tax was regularly deducted before apportioning plaintiff's percentage of profits.

EDMUND SCHWARZ, Respondent, v. BUSH TERMINAL COMPANY, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

THE BLACKSHEAR MANUFACTURING COMPANY, Respondent, v. THE CURRAN, ROBERTSON Co., INC., Appellant.— Judgment so far as appealed from affirmed, with costs. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

ALVIN A. JOSEPH and Others, Respondents, v. DENNISTOUN M. BELL, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

YETTA LEVY, as Administratrix, etc., of CALEB LEVY, Also Known as CALVARY LEVY, Also Known as CALEB LEVY DOUGLASS, Respondent, v. CHARLES DOUGLIS, Sued Herein as CHARLES DOUGLASS, Appellant, and THE DIME SAVINGS BANK OF WILLIAMSBURG, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

In the Matter of the Application of ALLEN CARUTHERS, JR.— Motion granted. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

GEORGE E. SEALY, Respondent, v. NOMIS REALTY COMPANY, Appellant.— Order reversed, with ten dollars costs and disbursements, and the motion granted, on the ground that it sufficiently appears that the defendant never did business in this State, and that by service of the summons in the city of New York the court acquired no jurisdiction over the corporate defendant. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.; Merrell and Martin, JJ., dissent.

JULIA DEITEL, as Administratrix, etc., of LOUIS DEITEL, Deceased, v. JULIUS GINSLER and Others.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

DAVID SIMONS, Appellant, v. GEORGE L. BERRY, as President of the INTERNATIONAL PRINTING PRESSMENS AND ASSISTANTS UNION OF NORTH AMERICA, an Unincorporated Association of Seven or More Members, Respondent.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

In the Matter of the Judicial Settlement of the Account of Proceedings of GUARANTY TRUST COMPANY OF NEW YORK, as Executor, etc., of JOSEPH RAHO, Deceased.— Decree so far as appealed from affirmed, with costs, on authority of *Ely* v. *Megie* (219 N. Y. 112, 143, 144). Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.; Merrell, J., dissents.

JAMES J. CRONIN, as Administrator, etc., of the Estate of JAMES CRONIN, Deceased, Appellant, v. GEORGE A. BREED, Respondent.— Judgment reversed

---

* Affd., 248 N. Y. 569.